**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES HINCHLIFFE, *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 08-2094** |
| | : | |
| **OPTION ONE MORTGAGE** | : | |
| **CORPORATION, *et al.*** | : | |

<u>**ORDER**</u>

     **AND NOW**, this 16th day of June, 2009, upon consideration of Defendant Option One Mortgage Corporation's Motion for Summary Judgment (Document No. 44), the plaintiffs' response in opposition (Document No. 48), the defendant's reply (Document No. 50), the plaintiffs' exhibits to their response in opposition (Document No. 51), the plaintiffs' rebuttal (Document No. 56), and the entire record, it is **ORDERED** that the motion is **GRANTED**.

     **IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant Option One Mortgage Corporation and against the plaintiffs James Hinchliffe and Yong Sun Hinchliffe.

                          _____/s/ Timothy J. Savage_____
                           TIMOTHY J. SAVAGE,  J.